FILED - GR
August 6, 2012 11:07 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: gjf / _____ SCANNED BY: ___/___

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL GRESHAM #272603,

           Case No. 2:09-cv-229

        Petitioner,

v.                  Hon. R. Allan Edgar

GARY CAPELLO ,

        Respondent.

_____/

## ORDER REJECTING PLEADING

        The Court has examined the following document received August 2, 2012, and orders the Clerk to reject the "Letter to Clerk with Questions and Docket Sheet Requested" and return the document to petitioner Gresham for the reason noted below:

        Filer is represented by counsel. All filings should be submitted to this Court through Filer's counsel.


        IT IS SO ORDERED.

Dated: August 6, 2012

gjf

                        Timothy P. Greeley
                        United States Magistrate Judge

**For Court Use Only**

☐ The Clerk shall accept the pleading(s) for filing _____ Dated: _____