FILED - GR
August 6, 2012 11:07 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: gjf /_____   SCANNED BY: /s/

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL GRESHAM #272603,

        Petitioner,

v.

GARY CAPELLO,

        Respondent.
_____/

Case No. 2:09-cv-229

Hon. R. Allan Edgar

## ORDER REJECTING PLEADING

The Court has examined the following document received August 2, 2012, and orders the Clerk to reject the "Letter to Clerk with Questions and Docket Sheet Requested" and return the document to petitioner Gresham for the reason noted below:

    Filer is represented by counsel. All filings should be submitted to this Court through Filer's counsel.

IT IS SO ORDERED.

Dated: August 6, 2012
gjf

                                      /s/ Timothy P. Greeley
                                      Timothy P. Greeley
                                      United States Magistrate Judge

<For Court Use Only>

☐ The Clerk shall accept the pleading(s) for filing _____ initials _____ Dated: _____